# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 552 |
| | : | |
| APPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2023, Shonda H. Williams, Esquire, Philadelphia, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2029.